IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 DEC 21 AM 9:08

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| MARY C. HART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 02-2133 Ml/An |
| ) | |
| ENCOMPASS ELECTRICAL ) | |
| TECHNOLOGIES WESTERN TENNESSEE, ) | |
| INC. and ENCOMPASS ELECTRICAL ) | |
| TECHNOLOGIES SOUTHEAST, INC., ) | |
| ) | |
| Defendants. ) | |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on the parties' Stipulation of Dismissal without Prejudice,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal without Prejudice, entered December **20**, 2005, this case is DISMISSED without prejudice.

APPROVED:

_____
JON P. McCALLA
UNITED STATES DISTRICT COURT

_Dec. 20, 2005_
Date

THOMAS M. GOULD
Clerk of Court

_____
(By)  Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  12/21/05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:02-CV-02133 was distributed by fax, mail, or direct printing on December 21, 2005 to the parties listed.

---

Thomas L. Henderson
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Craig Cowart
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Kelly S. Gooch
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

David M. Rudolph
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Frederick J. Lewis
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Honorable Jon McCalla
US DISTRICT COURT